No. 92–1925. CHICA v. LEE. C. A. 8th Cir. Motion of Securities Industry Association, Inc., for leave to file a brief as *amicus*

*curiae* granted. Certiorari denied. ▮